UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 3:14-CR-00058 |
| JOSHUA GOTWE CHINAMORA (1) | § § | |

## ORDER ON UNOPPOSED MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of John R. Teakell, counsel for JOSHUA GOTWE CHINAMORA, for permission to appear pro hac vice in the above-styled case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED XX / ~~DENIED~~ ____.

SIGNED this 5th day of June, 2014.

~~TODD J. CAMPBELL~~ JOHN BRYANT
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE